UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>vs.                            )<br>)<br>JAIME AISPURO,              )<br>)<br>Defendant.        ) | No. 1:06-CV-1732-SEB-JMS |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant take nothing by his motion for relief pursuant to 28 U.S.C. § 2255, and the civil action docketed as No. 1:06-CV-1732-SEB-JMS is **dismissed with prejudice.**

Date: 03/02/2007

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jaime Aispuro
07030028
Fort Dix
Federal Correctional Institution
P.O. Box 7000
Fort Dix, NJ 08640

Office of the United States Attorney
10 West Market Street   Suite 2100
Indianapolis, IN   46204-3048